United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Nodus International Bank, Inc., Plaintiff, | ) ) ) |
| v. | ) ) )   Civil Action No. 20-23112-Civ-Scola |
| Francisco Arocha Hernandez, and others, Defendants. | ) ) ) |

### Order Adopting the Magistrate Judge's Report And Recommendation

Neither party has objected to Magistrate Judge Torres' Report and Recommendations (**ECF No. 42**) and the time to do so has passed. A district court need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with Judge Torres' Report and Recommendations, the Court **adopts them in full**.

Any pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on June 2, 2022.

_____
Robert N. Scola, Jr.
United States District Judge